FILED

**NOT FOR PUBLICATION**

AUG 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILIANO VELASCO GARCIA, | No. 10-70698 |
| Petitioner, | Agency No. A099-625-019 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 11, 2011[**]

Before:    THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Emiliano Velasco Garcia, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Garcia v. Holder*, 621 F.3d 906, 912 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Velasco Garcia's motion to reopen based on the new hardship evidence of his temporary guardianship of his nieces where he did not allege how his qualifying relatives would be affected. *See id.* (a motion to reopen will not be granted unless it establishes a prima facie case for relief).

In light of our disposition, we need not reach Velasco Garcia's remaining contention.

**PETITION FOR REVIEW DENIED.**